```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/06/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN ARENDES,

                Plaintiff,

-against-

UNITED AIRLINES, INC.,

                Defendant.

21-CV-7937 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

    This action was commenced on September 23, 2021, and Plaintiff John Arendes ("Plaintiff") filed his Complaint on September 27, 2021 (ECF No. 5). On March 19, 2022, the parties timely filed a proposed Case Management Plan and Scheduling Order ("CMPSO") (ECF No. 32), as directed by the Court on March 10, 2022 (ECF No. 31). Due to the passage of dates on the parties' proposed CMPSO, the parties are directed to submit a revised CMPSO.

Dated: March 6, 2023
       White Plains, NY

SO ORDERED:

_____
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE