UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ARENDES,

                        Plaintiff(s),                    **ORDER**

        - against -                                      21 Civ. 7937 (NSR)

UNITED AIRLINES INC.,

                        Defendant(s).

-----------------------------------------------------------------X

Nelson S. Román, U.S.D.J.:

        The Court having been advised that all claims asserted herein have been settled, it is

        ORDERED, that the above-entitled action be and hereby is discontinued, without

costs to either party, subject to reopening should the settlement not be consummated within thirty

(30) days of the date hereof.

        The parties are advised that if they wish the Court to retain jurisdiction in this matter

for purposes of enforcing any settlement agreement, they must submit the settlement agreement to

the Court within the next 30 days with a request that the agreement be "so ordered" by the Court.

        This Court's telephonic Status Conference scheduled for December 1, 2023 is

adjourned *sine die*.

SO ORDERED.

Dated:       White Plains, New York
             June 6, 2023

                                                         _____
USDC SDNY                                                Nelson S. Román, U.S.D.J.
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____6/6/2023_____